**FILED**

APR – 4 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____DT_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Plaintiff *Lowell Green #00518622*

SA23CA0425XR

Case No. _____

V.

Defendant *Bobby Lumpkin, et al.*

_____

*Please see Complaint
attached*

*[Handwritten:] (3:22-CV-0124B) FBI Deetbeds (5:23-CV-1332)
Petitioner Demand his liberty. 19-10322*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

*[Handwritten:] Lowell DeQuincy Green (illegal) (30) years*

**LOWELL Q. GREEN,**
**TDCJ No. 00518622,**

*[Handwritten:] Aug. 10.1994 ( 3:18-CV-1454-M-BK )*

*[Handwritten:] Green v. State 05-8401170-cr (Dallas), Fifth*

Petitioner,

*[Handwritten:] v. Court of Appeals, June 11, 1990*

v.                    CIVIL NO. SA-23-CA-0305-XR

**BOBBY LUMPKIN, Director,**
**Texas Department of Criminal Justice,**
**Correctional Institutions Division,**

*[Handwritten:] Affirmed / cause F89-97008-HJ*

*[Handwritten:] ( UUM ) Discharged Mar 23, 2019. (14-10322)*

Respondent.

*[Handwritten:] (5th Cir ) JUDGMENT Author & 4 (Xavier Rodriguez)*

The Court has considered the Judgment to be entered in the above-styled and numbered

*[Handwritten:] ( Shall ) recuse ( 5:23-CV-0134 )*

cause.

Pursuant to this Court's Dismissal Order of even date herewith, **IT IS HEREBY**

**ORDERED, ADJUDGED** and **DECREED** that the petition for writ of habeas corpus pursuant

to 28 U.S.C. § 2254 (ECF No. 1) filed by Petitioner Lowell Q. Green is **DISMISSED WITHOUT**

**PREJUDICE.** No Certificate of Appealability shall issue in this case. This case is now

**CLOSED.**

It is so **ORDERED.**  *[Handwritten:] Official Misconduct,*

SIGNED this 15th day of March, 2023.

*[Handwritten:] he did not receive a 28 USC § 2254
standard form. Therefore, he "lied" under
Oath. He is sued      with Bobby*

**XAVIER RODRIGUEZ**
**United States District Judge**

*[Handwritten:] Lumpkin & 7.25 million. 14-10208 for Treason
(3:18-CV-2118)(4:19-CV-799) Judge Matt Johnson
Page 1. See other side.*

Page 2 of 2

Bobby Lumpkins. NO. 4":19cv-799 (N.D. Tex.
Reed O'Connor's) 20-1075 (5th Cir. 2022) (Con-
tempt of Court) (4":19cv-942) Green V.
Warden Micheal Butcher. Et al Polunsky unit,
( FALSE IMPRISONMENT) (Judge John McBride) received
(Justice of Peace Darrell Longino) 101 W. Mills
street, Livingston, Texas. Polk County. Civil No.
5C1940 (USDC NO. 4:19cv-942) (Contempt)
Federal officials violating Congress Laws,
usurpation (5:23cv-0305), 42 USC § 4639(2)
Collateral Estoppel. Congress mandate,
shall be understood by this
court. Art. III, § 3. Treason beyond
this point. Marbury v. Madison,
5 U.S. (1 Cranch) 137. 163 (1803).
                FINAL AUTHORITY:
Lowell Green/ Lowell Green # 518022
                    page 2

[handwritten: Date 2/12/2023]

[handwritten: The United States Congress]

[handwritten: does]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

[handwritten: not Court]

[handwritten: illegal 3 strikes (official) misconduct]

LOWELL Q. GREEN, TDCJ #00518622

§
§
§
§
§
§
§
§
§
§
§
§

[handwritten: 2 Plaintiff]

Plaintiff,

[handwritten: LOWELL DEQUINCY GREEN (3753)]

v.

[handwritten: Bernal Drive Dallas, Texas) September]

SA-23-CV-0107-FB

LAW LIBRARY EMPLOYEE,
CONNALLY UNIT, ET AL.,

[handwritten: 21, 1982 Cause no. F82-90247-RU]

Defendants.

[handwritten: Aggravated Robbery (void) indictment]

[handwritten: 265 Dist. Court FALSE IMPRISONMENT]

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal denying Plaintiff Lowell Q. Green's presumed request to proceed *in forma pauperis*, dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), and to the extent he seeks relief pursuant to 28 U.S.C. § 2254, denying his application for want of jurisdiction, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Lowell Q. Green's presumed request to proceed IFP is **DENIED** and his 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that to the extent Plaintiff Lowell Q. Green seeks relief pursuant to 28 U.S.C. § 2254, his application is **DISMISSED FOR WANT OF JURISDICTION** because he has not obtained prior approval to file a successive habeas corpus application.

[handwritten: 3 application. WR-82,981-01 (April 25, 2018) USDC]

[handwritten: NO. 3:18-CV-1454 M-BT (N.D. Tex Dallas]

[handwritten: May 29, 2018)(Judge Barbara M.G. Lynn)(Magistrate]

[handwritten: Judge Rebecca R. Rutherford) Ken Paxton]

[handwritten: Page 1. Lawless]

( Contempt) 19-10322 (5th cir.) Violated

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED.**

Congress Uith office

**SIGNED** this 31st day of January, 2023.

Article VI to support (Negro's)

& Civil Rights, ___

FRED BIERY
UNITED STATES DISTRICT JUDGE

4) Thirteenth Amendment (prohibits)
"illegal restraint" of a Negro
prisoner. 19-10322 Green v. Davis,
NO. 3:18-cv-1459-M-Bt (ECF 3 at 2)

5.) Cause no. F82-90247-FU. 291st District
Court of Dallas County, Texas September
21, 1982. LOWELL DEQUINCY GREEN (wrong
name) and Aggravated Robbery (omitted)
property, to-wit: (pursel) and failed
to allege the "prior conviction" July 1982
Burglary of Brancato's Food Store
West Dallas. Singleton Blvd. Dallas
Police Dept. Arresting Agency: Disposition
(4) years Adult Probation (Com-

Page 2.

munity Supervison (void) because Lowell
Quincy Green October 1980 Aggravated
Robbery with a deadly weapon, to wit:
a knife. Tex. Penal Code Ann. §29.03a(2),

⑥ Texas Youth Commission. Giddings State
Reformatory School. Paroled Oct. 1981
(3753) Bernal Drive Dallas X 75212,

⑦ On Juvenile Delinquent (Parolee)
July 1982 Burglary, Brancato's Store

⑧ (illegal) Plea Bargain (illegal) (4) years
Probation. 28 C.F.R §16.30 (FBI) Mr.
Scott A. Rago can charge Fred
Brierty, Xavier Rodriquez, Olando
L. Garcia, Jason Puttum with "Treason",
usurpation, lying on official documents
"3-strikes" Lowell DEQUINCY GREEN. TDC
# 518622 283rd District Court of

Page 3. See other side

Page 4 of 13

Dallas County Texas Cause no. F82-50247-FU, illegal (4) years probation violator Burg. Bldg. July 1982 - Sept. 21, 1982 Burg. Habitation. Tex. Penal Code Ann. § 30.02 Irving Police Dept. and Aggravated Robbery. Tex. Penal Code Ann. § 29.03 (illegal) Plea Bargains (5) years Con-current (void) Judgment November 17, 1982 (TDC) Dec. 12, 1982 (#236065C) Lowell

9) Dequincy Green TDC# 346775-SID-TX0808024 3:18-CV-1454-M-BX) Warden Cooper had illegal Custody (May 29, 2018) (June 07, 2018) Show Cause (Rebecca T. Rutherford) Committed Treason on the record. 19-10322 (Obstruction) 18 USC § 401

10) Congress Statute 28 C.F.R. § 16.30 (CJIS) Clarksburg. WV 2      (FBI) Criminal File (5:23-CV-107) Ms. Torres, Mail-

Page 4.

Page 5 of 13

room (Supervisor) Logged (illegal) 13

restraint. LOWELL DEQUINCY GREEN (F82-9029-RU)

11 (~~CR~~ INDICMENT)(3:18-CV-1454-M-BX)(F86-6182-W)
292nd District Court of Dallas County, Texas,
November 19, 1986 (Omitted) the Automobile
Grand Am. Dec 16, 1986 (Illegal) 6 years
(TDC) January 1987 TDC#44012 SID-03036024
19-10322 (Contempt) Violating Congress "Trust"

12 (Indictment)(3:18-CV-1459-M-BX)(F89-97008-HI)
283rd District Court of Dallas County,
Texas May 23, 1989 (Omitted) Cadilliac
Automobile August 10, 1989 (illegal)
(35) years (Jury Trial) Judge Jack Hampton,
State Attorney D. Pickett, Public Defender J. Whitley,
Foreman of the Jury Mary Jane Serris.

13. LOWELL DEQUINCY GREEN. TDC REC'D Aug. 28, 1989
SID-03036024 TDC# 518622 V.
The State of Texas. Fifth Court of Appeals

Page 5. See other side.

Page 6 of 13

Dallas June 11, 1990. affirmed.

14. LOWELL DEQUINCY GREEN V. THE STATE OF TEXAS. IN THE TEXAS COURT OF CRIMINAL APPEALS. PDR-NO. 0592-90, COA#0589-01170-CR, F8497008-HT (UUMV Kat Penal Code Ann. 831.07 (30) years 283rd District Court of Dallas County, Texas August 10, 1989, Judgment, Direct Appeal 05-89-01170CR, June 11, 1990, affirmed, PDR-0592-90 Dec 12, 1990. refused. Final.

15. Ex parte Green. WR-82,981-07 (Tex. Crim. App. April 25, 2018) (F8497008-HT, FB66 69827-LN, and F82-90247-LU) Denied Without Written Orders

16. Green V Davis. NO. 3:18-CV-1459-M-BT (N.D. Ted. May 29, 2018) already served 29 years (illegal) on (30) years the State of Texas (Never) had Juris-

Page 10.

Page 7 of 13

diction. Art. III. Sec. 3 of the United States Constitution, May 23. 2019 (30) years F89-97008-Htr. 19-10322 (EXPIRED) on COA. Treason (Proved)

17) (WR-82,981-09)(Cause no. 1994-659-C)(119 Roger Street McGregor, Texas 76657 Jan. 02, 1994 (illegal) 25 years. USDC NO. 4:19-CV-00051 (5.b.c. Houston Jan. 02, 2019) Hon. Gray H. Miller, Edward Larry Marshall, transferred to W.D. Tex Waco Division, No. 6:19-CV-008 (Alan D. Albright) Contempt treason. 6:19-CV-410, 6:21-CV-105, 6:22-CV-609, (19-50037)(1994-659-C)(6:18CV-313) (Alan D. Albright) Cannot defeat (FBI) (5:23-CV-119) Ms. J. Torres (FBI S) JKP

18. (WR-82,981-10)( 087-2126-6)(4:19-CV-714-O) (4:19-CV-774)(Treason to Congress

19. (WR-82,981-02)(illegal) Life. 6:15-CV-285

Page 7. See other side



Pg. B of 13

NO. 04-13-00456-CR (Fourth Court Of Appeals) (Leon v. State 16-50522 (Leon)

Appeals) (Leon v. State 16-50522 (Leon)
17-50699 (Leon) 16-18-cv-109 (Duke) (14-50084)

21) (P-15-cv-325) Melvin Harmon 14-20434
(16-16-cv-1200) (16-16-cv-1210) Ben Clark 18-08101

22) the fifth circuit is (Abusing) federal government
powers, which has not be granted to by
congress, 17-50473 (obstruction) is federal crime,
ND. 16:17-cv-245 (illegal) Life Sentence cannot be
enforced under Lawful polluting (Leon, 14-
10322 (ignorance) of state law) is not
an abuse, it's "treason" (5:23-cv-157)
the United States is sued for the
illegal acts and omissions for its (conduct)
23) 16-70020 (16:15-cv-360-70) (illegal (25) years
WR-82,781-03) (2012-740-27) 16-51698
10-16-00134-CR) (Leon v. State, WECO Jan. 11, 2017)

Pg. B.

( WR-82,981-11 )(2012-790-22)(6:19ZN-018)(Robert L. Pitman)
(B.)4:18ZN-2462(3:19ZN-0067)(contempt) 19-10322
(violating) Civil rights, Judge's supporting
each other "Bad Behavior" well-documented on
Congress Business of the Courts Payroll Records,
By Defrauding (19-10322) well-documented (3:18ZN-
1459-M-BX (WR-82,981-04)(6:16ZN-290-RP)(illegal
25) years)(2012-791-22) 18-50044(5th Circuit)
(Green V. State) 10-16-00440-CR (Actual Innocence) see
Green v. United States of America and State
of Texas. No. 4:18-ZN-2435 (S.D. Tex. July 2018)
(3:18ZN-1459-M-BX)(19-10322) LOWELL DEQUINCY
GREEN #518622 (3:22-ZN-01298) FBI Records was
entered by Rebecca T. Rutherford and
she forwarded case to (Alan D. Albright)
(6:22-ZN-1009) FBI can impeach (bogus) Judges
(5:23-CV-114)(5:23-CV-302)(5:23-CV-1334)
(5:23-CV-109) clerks (classifying) and (lying)
(suppressing)(Documents is fraud on Congress

Page 9. See other side.

Page 10 of 13

[and] this Court cannot enforce (3-strikes) when there is (NO) valid convictions, thus the judge "lied" under "Oath" when he "created" $2,176.00 Federal Court Fees, LOWELL DEQUINCY GREEN-SID-TX-03036024 TDC#00518622, 19-10322, he must prove his lies ( 5:23-CV-00327) United States District Court western district of Texas San Antonio March 13. 2023 (Fred-Briery) did not "see" a 28USC§2254 "or" 42USC§1983 standard form. 18USC§401 (he) being lying and he cannot enforce what he do not have, he accepted whatever the clerks give him, he need too got off bench because he violated his own Oath. 19-10322. 42USC§9613a(2) Mandatory. 19-50089. $7.25 Million dollars and Release (5:23-CV-00322)

Page 10.

Page 11 of 13

United States Department of Justice
Federal Bureau of Investigation said
Lowell DEQUINCY GREEN claiming federal
employee's are illegally restaining
him (Nov. 10. 2021) Mr. Scott A. Rago
~~(20)~~ See (3:22cv-01248)(FBI CRIMINAL FILE)
Belong to Green, not the Court
( ~~6:23~~ )( ~~~~ 6:22-cv-609)( ~~~~ )
25) ~~(5:23/334)~~ ( 5:23-cv-01394-XR)(5:23cv-30)(5:23cv-114)
~~(24)~~ ( 5:23-cv-102)( 5:23cv-107)(5:23cv-109)
26) ( 6:23cv-36)E.D.Tex ,Tuler John D. Love,
Jeremy Kernole, J. Torre (signed) Certified
Mail (illegal Confinement) Jan. 26. 2023,
from Jermy Kernole, U.S.Dist Judge violating
Art. III. Sec. 3. 18-40761 (Tuler)(6:16cv-1261)
(6:16cv-1260)(6:18-cv-259)( ~~~~ )( ~~~~ )
27) 18-40672 ( UTMB) is Sued for $50 Million
Dollars (Cirrhosis Liver)( ~~~~ )( ~~~~ )
(6:18cv-22)(6:18-cv-518) 20-40268. The
Page 11. ~~~~ See other side

Page 12 of 13

United States is sued for violating the United States Constitution Eighth Amendment with intent to commit "murder" by "Liver" Damage (6) Donna L. Mendez (April 25. 2022) Pro Se Clerk (5th Cir) received Jessica S. Kahn. M.D. Liver Specialist Reports. 20-40268, 18-40672. Patient: LOWELL DEQUINCY GREEN #518622. 6:18-cv-22 (False Imprisonment, (Mental Illness)( 6:18cv-472)(Contempt) 28 (6) 7:16cv-14N(Mental Illness) Kates Tech (Bill Clements Unit)(James V. Allred) (Judge Reed O'Connor's)(Contempt) Ivins.

Conclusion:

29. Plaintiff Demand $50 Million Dollars for False imprisonment. July 1982, 19-10322, 19-0171 (Liver) Damage (Sept. 21, 1986) (3:18-cv-3408) United States (Carl E. Stewart)

Page 12

Page 13 of 13

(5th Cir) 18-40671 (6:18-CV-22)(6:18-CV-518)
20-40268, and (✗✗ Ms. Griffin) Mental
Health Connally Unit (5:23-CV-✗✗✗332) Warden Davis,
Warden Rayford, Warden Beard, Warden Puente, Warden
Custo. Knowledge of illegal Commitment,
a Federal crime (6:23-CV-36) J. Torres
(✗✗) Holding.

30) Plaintiff Demand Administrative Judge
to grant immediate release
now (5:23-CV-0032J) ALL CASE(S)

31) (6:22-CV-609)(3:22-CV-01240)
(5:23-CV-1332)

*Lowell Green*

Lowell Green # 518622

3/23/2023

32) The Clerks shall produce all
exhibits filed in this court.

Page 13.

*[handwritten annotations in margins:]*

R 3/22/2023
M 3/28/2023

(6:22-CV-609) The Clerk's

M. Lowell DEPUTY GREEN 5:23-CV-114 Contempt, 19

v. FALSE COMMITMENT

SA-23-CV-0216-JKP USC P40(17)(2013)

FBI (3:22-CV-01240) Records

Magistrate Judge Roberts

r. Rutherford (5:23-CV-1332)

REASON ART. III, Section 3, Record (FRAUD)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

LOWELL Q. GREEN, TDCJ #00518622, §
    Plaintiff, §
     §
v. §
     §
JUDGE ALAN D. ALBRIGHT, ET AL., §
     §
    Defendants. §

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal denying Plaintiff Lowell Q. Green's presumed request to proceed *in forma pauperis*, dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), and to the extent he seeks relief pursuant to 28 U.S.C. § 2254, denying his application for want of jurisdiction, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Lowell Q. Green's presumed request to proceed IFP is **DENIED** and his 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that to the extent Plaintiff Lowell Q. Green seeks relief pursuant to 28 U.S.C. § 2254, his application is **DISMISSED FOR WANT OF JURISDICTION** because he has not obtained prior approval to file a successive habeas corpus application.

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED**.

SIGNED this 10th day of March, 2023.

*[handwritten: 8  7.25 Million Dollars Demand]*

*[handwritten: FALSE JM]*

JASON PULLIAM
UNITED STATES DISTRICT JUDGE

*[handwritten: 19-10322 (5th CIR) 3:18 CV 1459 MRB]*